IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E3 BIOFUELS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV441 |
| | ) | |
| V. | ) | |
| | ) | |
| BIOTHANE CORPORATION, and | ) | ORDER |
| PERENNIAL ENERGY, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Evan A. Douthit's motion to withdraw (filing 34) as counsel for Plaintiff. Upon the representation that Plaintiff will continue to be represented in this matter, the motion to withdraw will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (filing 34) is granted.

2. The Clerk of Court shall terminate the appearance of Evan A. Douthit as counsel for Plaintiff in this action and shall terminate furture notices to him in this matter.

**DATED January 7, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**