# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E3 BIOFUELS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV441 |
| | ) | |
| V. | ) | |
| | ) | |
| BIOTHANE CORPORATION, and | ) | ORDER |
| PERENNIAL ENERGY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Meagan Patterson and Nathan Jackson's notice of withdrawal (filing 37) as attorneys of record for Defendant Perennial Energy, Inc.. Upon the representation that Perennial Energy, Inc. will remain represented in this case,

**IT IS ORDERED:**

1. The Notice of Withdrawal (filing 37) is adopted and approved.

2. The Clerk of Court shall terminate the appearances of Meagan Patterson and Nathan Jackson as counsel of record for Defendant Perennial Energy, Inc. and shall terminate future notices to them in this matter.

**DATED January 8, 2013.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**